IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NOS. 1:08-CR-117-ALM-KPJ |
| JASON DWAYNE SIRKEL | § § § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 6, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Federal Public Defender Sarah Ann Jacobs. The Government was represented by Assistant United States Attorney Chalana Oliver.

On June 19, 2009, United States District Judge Ron Clark sentenced Defendant to a term of thirty-eight (38) months imprisonment to run consecutive to the term imposed under Docket No. 4:05CR31, to be followed by a three (3) year term of supervised release. *See* Dkt. 26 at 1. On March 30, 2023, Defendant completed his term of imprisonment and began serving the term of supervision. *See id.*

On February 27, 2024, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 26), alleging Defendant violated two conditions of supervised release. *See id.* at 1–2. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a controlled substance; and (2) Defendant shall not purchase, possess, use, distribute, or administer

1

any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. *Id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1)–(2) On November 29, 2023, as part of the random drug testing program, Defendant submitted a urine specimen which tested positive for cocaine at the U.S. Probation Office. The specimen was confirmed positive by the national lab.

On December 7, 2023, as part of the random drug testing program, Defendant submitted a urine specimen which tested positive for methamphetamine and cocaine. The specimen was confirmed positive by the national lab.

On December 20, 2023, as part of the random drug testing program, Defendant submitted a urine specimen which tested positive for amphetamine and methamphetamine. The specimen was confirmed positive by the national lab.

On February 7, 2024, as part of the random drug testing program, Defendant submitted a urine specimen which tested positive for methamphetamine. The specimen was confirmed positive by the national lab.

On May 6, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for May 6, 2024. Defendant entered a plea of true to allegation one, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt 39. The Government moved to withdraw allegation two, which the Court granted. *See* Minute Entry for May 6, 2024. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 6, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, to run concurrently with the terms of imprisonment recommended in 4:05CR14, 4:05CR31-

4, and 4:05CR93. The Court further recommends that the term of imprisonment be followed by a term of eighteen (18) months supervised release with the first twelve (12) months to be served at an in-patient treatment facility approved by the U.S. Probation Officer, and the remaining six (6) months of supervised release under the previous conditions of supervised release. The Court further recommends that Defendant be placed at FCI Texarkana, in Texarkana, Texas, if appropriate.

**So ORDERED and SIGNED this 7th day of May, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE