# United States District Court
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | **CRIMINAL NO. 1:08-CR-117-ALM-KPJ** |
| **JASON DWAYNE SIRKEL** | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #43) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for term of twelve (12) months and one (1) day, to run concurrently with the terms of imprisonment recommended in 4:05CR14, 4:05CR31-4, and 4:05CR93. The Magistrate Judge further recommended that the term of imprisonment be followed by a term of eighteen (18) months supervised release with the first twelve (12) months to be served at an in-patient treatment facility approved by the U.S. Probation Officer, and the remaining six (6) months of supervised release under the previous conditions of supervised release. Additionally, the Magistrate Judge recommended that Defendant be placed at FCI Texarkana, in Texarkana, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge (Dkt. #43) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #39), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby sentenced to a term of twelve (12) months and one (1) day, to run concurrently with the terms of imprisonment recommended in

4:05CR14, 4:05CR31-4, and 4:05CR93.  Following the term of imprisonment, Defendant is further sentenced to a term of eighteen (18) months supervised release with the first twelve (12) months to be served at an in-patient treatment facility approved by the U.S. Probation Officer, and the remaining six (6) months of supervised release under the previous conditions of supervised release. Additionally, the Court recommends that Defendant be placed at FCI Texarkana, in Texarkana, Texas, if appropriate.

    **SIGNED this 15th day of May, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE